UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL LAVI, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br>vs.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC,<br><br>                Defendants. | Case No. 1:17-cv-06023-MKB-CLP<br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between said parties, that the said cause is dismissed with prejudice and without costs to either party.

/s/ Adam M. Fishbein, Esq.                             Peter Cipparulo, III, Esq.
Attorney for plaintiff                                         Attorney for Defendant

August 16, 2018

SO ORDERED:
s/MKB 8/17/2018
_____
MARGO K. BRODIE
United States District Judge